```
                                                          USDC SDNY
                                                          DOCUMENT
UNITED STATES DISTRICT COURT                              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                             DOC #:_____
-------------------------------------------------------X  DATE FILED: 1/21/2022
   AERO AG HOLDINGS, LLC,                              :
                                 Plaintiff,            :
                                                       :
                 -against-                             :
                                                       :       21-cv-9499 (VEC)
                                                       :
   HUGGOES FASHION LLC (DBA                            :          ORDER
   AEROTHOTIC) AND MAHMOOD ALI,                        :
                                                       :
                                 Defendants.           :
-------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 20, 2022, Defendants filed three separate motions to dismiss, each with its own supporting memorandum of law, *see* Dkts. 28–33;

WHEREAS Federal Rule of Civil Procedure 12(g)(2) provides that "a party that makes a motion under this rule must not make another motion under this rule raising a defense or objection that was available to the party but omitted from its earlier motion," Fed. R. Civ. P. 12(g)(2);

WHEREAS courts in this District have made clear that "Rule 12(g)(2) requires a party to consolidate all of its available Rule 12 defenses into a single motion," *see, e.g.*, *Alzheimer's Found. of Am., Inc. v. Alzheimer's Disease & Related Disorders Assoc.*, 2018 WL 2084168, at *3 (S.D.N.Y. May 1, 2018); *see also* Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1385 (3d ed.2004) ("Rule 12(g) . . . contemplates a single pre-answer motion in which the defendant asserts all the Rule 12 defenses and objections that are then available to him or her.");

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to strike Defendants' motions to dismiss and accompanying memoranda of law at docket entries 28 through 33.

IT IS FURTHER ORDERED that Defendants must, no later than **January 24, 2022**, refile their motions to dismiss as a single consolidated motion that complies with Rule 4 of the Undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date: January 21, 2022  
      New York, New York

                                        **VALERIE CAPRONI**  
                                        United States District Judge