```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AERO AG HOLDINGS, LLC,

                Plaintiff,

-against-

                21-CV-9499 (VEC)

HUGGOES FASHION LLC (DBA AEROTHOTIC) AND MAHMOOD ALI,

                ORDER

                Defendants.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Undersigned referred this case to Magistrate Judge Cave on January 18, 2022 for general pretrial management, *see* Dkt. 24; and

      WHEREAS a conference before the Undersigned is currently scheduled for April 5, 2022 at 2:00 p.m., *see* Dkt. 61;

      IT IS HEREBY ORDERED that the April 5, 2022 conference is CANCELED. The parties are reminded that they have been referred to Magistrate Judge Cave for all pretrial management issues, which includes this dispute over jurisdictional discovery and the schedule (should the parties wish to adjust it further) for Plaintiff to oppose Defendants' motion to dismiss or move for leave to amend.

      IT IS FURTHER ORDERED that the Undersigned will, by separate order, refer all dispositive motions in this case to Magistrate Judge Cave.

**SO ORDERED.**

**Date: April 5, 2022**
       **New York, New York**

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**