UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AERO AG HOLDINGS, LLC,

                Plaintiff,

-v-

HUGGOES FASHION LLC and MAHMOOD ALI,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 9499 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, April 8, 2022, the Court orders as follows:

1. Plaintiff's request for additional jurisdictional discovery (see ECF Nos. 60, 68) is DENIED;

2. Plaintiff's deadline to file either an opposition (the "Opposition") to Defendant's Motion to Dismiss (ECF No. 36) or a motion for leave to amend (the "Motion") is extended as follows:

    a. By **April 15, 2022**, Plaintiff shall decide whether to file the Opposition or the Motion. If Plaintiff elects to file the Motion:

        i. Plaintiff shall serve, but not file, its proposed Amended Complaint on Defendant by **April 15, 2022**;

        ii. By **April 22, 2022**, Defendants shall inform Plaintiff whether they consent to the filing of the Amended Complaint or will oppose the Motion;

    b. By **April 29, 2022**, Plaintiff shall file either (i) the Opposition, or (ii) the Motion, which shall whether Defendants consent to the filing of the Amended Complaint.

Dated:    New York, New York
            April 8, 2022

                      SO ORDERED.

                      */s/ Sarah L. Cave*
                      **SARAH L. CAVE**
                      **United States Magistrate Judge**